# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY,** | Case No. 1:12-cv-01515-LJO-GSA |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| **HSBC CARD SERVICES, INC.,** | |
| Defendant. | |

Upon stipulation of the parties and good cause showing, it is hereby ordered that Plaintiff shall be granted leave to file a First Amended Complaint.  The First Amended Complaint is deemed filed and served on Defendant as of the date of the signing of the order.  Defendant shall have thirty (30) days from service of the First Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **September 21, 2012**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 1:12-cv-01515-LJO-GSA   Document 6   Filed 09/21/12   Page 2 of 2