# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY,**<br><br>Plaintiff,<br><br>vs.<br><br>**HSBC CARD SERVICES, INC.,**<br><br>Defendant. | Case No. 1:12-cv-01515-LJO-GSA<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION** |

Upon Stipulation of the parties and good cause showing, it is hereby ordered that the instant matter be remanded to the Superior Court of California, County of Stanislaus, with the parties to each bear their own costs and expenses incurred in connection with the removal and remand of this action.  This Court DIRECTS the clerk to take necessary steps to remand this action to the Superior Court and to close this action.

IT IS SO ORDERED.

Dated:   **November 8, 2012**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE